AO 442

**SEALED** unsealed 6/6/11 **NOT FOR PUBLIC VIEW**

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL -5 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Javier Martinez (1)
aka Don Javier

**WARRANT FOR ARREST**

CASE NUMBER: 11CR1951-BTM

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest            Javier Martinez (1)
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:841(a)(1) and 846 - Conspiracy to Distribute Heroin
21:853 - Criminal Forfeiture

DATE: 6/6/11
ARRESTED BY: [signature]
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA

RECEIVED
2011 MAY 18 A 8:01
U.S. MARSHAL
SOUTHERN DISTRICT OF [CA]

In violation of Title        See Above         United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| A. Finnell-Yepez  [signature] | 5/17/2011 San Diego, CA |
| Signature of Deputy  x 3680 | Date and Location |

Bail fixed at $     No Bail        by     The Honorable William McCurine, Jr.
                                          Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

SA- DEA- OCDETF
       [illegible]
SD-CASH# 0526-

Stephen [illegible]
x 7046

3510